AO 450 (SCD 04/2010)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the

District of South Carolina

| | |
|---|---|
| William Dale Allen, Sr., aka William D. Allen, Sr. </br> *Petitioner* </br> v. </br> Larry Cartledge, Warden </br> *Respondent* | ) </br> ) </br> )   Civil Action No.   4:16-cv-1765-DCN </br> ) </br> ) |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the petitioner *(name)* _____ recover from the respondent *(name)* _____ the amount of _____ dollars ($___), which includes prejudgment interest at the rate of ___ %, plus postjudgment interest at the rate of ___ %, along with costs.

☐ the petitioner recover nothing, the action be dismissed on the merits, and the respondent *(name)* _____ recover costs from the petitioner *(name)* _____.

■ other: This petition is dismissed without prejudice and without requiring respondent to file a return and certificate of appealability is denied.

This action was *(check one)*:

■ decided by: The Honorable David C. Norton, United States District Judge who adopted the Report and Recommendation of the Honorable Thomas E. Rogers, III, United States Magistrate Judge.

Date:   August 2, 2016

*CLERK OF COURT*

s/Debbie Stokes

*Signature of Clerk or Deputy Clerk*